# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA TRICE, ANDREW BROWN JR., STANLEY SANTANA, and HARVEY ROSS *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>PENNYMAC LOAN SERVICES, LLC,<br><br>Defendant. | Case No. 5:20-cv-01052-FMO-KK<br><br>Hon. Fernando M. Olguin<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO DECEMBER 7, 2020 ORDER TO SHOW CAUSE** |

The Court having reviewed the Joint Motion to Extend Time to Respond to the December 7, 2020 Order to Show Cause, hereby GRANTS the Joint Motion to Extend Time and ORDERS the Plaintiffs' deadline to file a response to the OSC Order or dismiss this action to be due on January 8, 2021. Should Defendant wish to reply, the Court ORDERS that such deadline for the Defendant's reply to be due on January 15, 2021.

**IT IS SO ORDERED.**

Dated: December 21, 2020

By: _____

Hon. Fernando M. Olguin

United States District Judge