Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
Kristen G. Simplicio (SBN 263291)
ksimplicio@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
202-973-0900 (p)
202-973-0950 (f)

Todd A. Walburg (SBN 213063)
twalburg@baileyglasser.com
**BAILEY & GLASSER LLP**
475 14th Street, Suite 610
Oakland, California 94612
Telephone: (510) 207-8633
Facsimile: (510) 463-0241

[Additional counsel on signature page]

*Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA TRICE, ANDREW BROWN JR., STANLEY SANTANA, and HARVEY ROSS, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>PENNYMAC LOAN SERVICES, LLC,<br><br>Defendant. | **Case No. 5:20-cv-01052-FMO-KK**<br><br>Hon. Fernando M. Olguin<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiffs Kendra Trice, Andrew Brown Jr., Stanley Santana, and Harvey Ross (together, "Plaintiffs") and Defendant PennyMac Loan Services, LLC ("PennyMac"), by and through their respective counsel of record, notify the Court that the parties have reached a settlement in principal of plaintiffs' individual claims against PennyMac that are the subject of this lawsuit. The parties are in the process of executing a formal written agreement and completing certain obligations set forth within that agreement. The parties anticipate dismissal of this case with prejudice, with each side to bear their own fees and costs, within the next 30 days. The parties respectfully request that any deadlines in this case be stayed pending formal completion of settlement.

Dated: September 3, 2021

By: /s/ Kristen G. Simplicio
Hassan A. Zavareei (SBN 181547)
Kristen G. Simplicio (SBN 263291)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
202-973-0900 (p)
202-973-0950 (f)
hzavareei@tzlegal.com
ksimplicio@tzlegal.com

Annick M. Persinger (SBN 272996)
**TYCKO & ZAVAREEI LLP**
10880 Wilshire Blvd, Suite 1101
Los Angeles, CA 94612
510-254-6808 (p)
202-973-0950 (f)
apersinger@tzlegal.com

Todd A. Walburg (SBN 213063)
**BAILEY & GLASSER LLP**
475 14th Street, Suite 610
Oakland, California 94612
Telephone: (510) 207-8633
Facsimile: (510) 463-0241
twalburg@baileyglasser.com

*Counsel for Plaintiffs and the Proposed Class*

Dated: September 3, 2021

By: /s/ Parisa Jassim
Marc. J. Gottlieb (*pro hac vice*)
**AKERMAN LLP**
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: marc.gottlieb@akerman.com

Celia C. Falzone (*pro hac vice*)
**AKERMAN LLP**
50 North Laura Street Suite 3100
Jacksonville, FL 32202
904-798-3700
Fax: 904-798-3730
Email: celia.falzone@akerman.com

Parisa Jassim
**AKERMAN LLP**
601 West Fifth Street Suite 300
Los Angeles, CA 90071
213-688-9500
Fax: 213-627-6342
Email: parisa.jassim@akerman.com

*Counsel for Defendant, PennyMac Loan Services, LLC*

## ATTESTATION FOR E-FILING

I hereby attest pursuant to Local Rule 5-4.3.4 that I obtained concurrence in the filing of the document from the other Signatories prior to filing.

DATED: September 3, 2021

**AKERMAN LLP**

By: /s/ Parisa Jassim
Parisa Jassim

*Counsel for Defendant, PennyMac Loan Services, LLC*