**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA TRICE, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PENNYMAC LOAN SERVICES, LLC,<br><br>    Defendant. | Case No. ED CV 20-1052 FMO (KKx)<br><br>**ORDER DISMISSING ACTION** |

    The complaint in the above-captioned case contains individual and class allegations. Plaintiffs have filed a Notice of Settlement notifying the court that plaintiffs have settled their claims with defendant. (See Dkt. 82, Notice of Settlement). Plaintiffs have clarified that the settlement is only as to plaintiffs' individual claims and that their claims will be dismissed with prejudice. (See Dkt. 84, Plaintiffs' Notice Re: Status of Class Allegations at 2). The settlement will not "infringe on or diminish" the claims of putative class member[s]." (Id.).

    Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed with prejudice** as to plaintiffs' individual claims and **without prejudice** as to the class claims. Upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated.

Dated this 17th day of September, 2021.

                                                                              /s/
                                                      Fernando M. Olguin
                                                 United States District Judge